FRED. E. THOMPSON v. HENRY McEWEN.

ACTION brought by *McEwen* against *Thompson*, upon two promissory notes. Trial at the December Term, 1879, of the district court of Marshall county, and verdict and judgment for the plaintiff. New trial denied, and *Thompson* brings the case to this court.

*W. W. Smith,* and *Everest & Waggener,* for plaintiff in error:

The evidence for plaintiff in error being wholly oral, and that for defendant in error entirely written, the court erred in permitting, (over the objection of the plaintiff in error,) the depositions for the latter to be taken by the jury into their room for deliberation. (9 Iowa, 324; 8 Kas. 480.)

*J. F. Broughton,* for defendant in error, cited 8 Kas. 480.

*Per Curiam:* This case is affirmed, on the authority of *Hairgrove v. Millington,* 8 Kas. 480.